

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Steven W. Williams**
Partner
swilliams@smithsovik.com

September 21, 2022

*Syracuse | Buffalo*
*Long Island | White Plains*

Honorable Andrew T. Baxter
Chief U.S. Magistrate Judge
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

      Re:    Palmer v. Town of Manlius, New York, et al.
               Civil Action No.: 5:21-cv-00574-gls-atb

Dear Judge Baxter:

    As you are aware, this firm represents Defendants in the above referenced matter. Pursuant to this Court's July 27, 2022 Text Order (Dkt. # 34), I write to provide a status update.

    The parties were scheduled to proceed with mediation today; however, due to a scheduling issue, the parties were not able to proceed as anticipated. I have spoken with counsel for Plaintiff and the mediator, and we have agreed to a new mediation date of November 7, 2022. We had hoped to get an earlier date, but the mediator will be undergoing knee replacement surgery soon and that will have him out of the office for a time.

    Given this development, I would respectfully request that the Court issue an Order further staying the discovery and dispositive motion deadlines pending completion of the mediation.

    If Your Honor has any questions or requires any additional information, my office is happy to make itself available for a conference. Thank you in advance for your time and consideration.

Respectfully submitted,

*/s/ Steven W. Williams*

Steven W. Williams

Cc:    A.J. Bosman, Esq.