

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Steven W. Williams**
Partner
swilliams@smithsovik.com

January 20, 2023

*Syracuse | Buffalo*
*Hudson Valley | Long Island*

Honorable Andrew T. Baxter
Chief U.S. Magistrate Judge
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

    Re:    Palmer v. Town of Manlius, New York, et al.
            Civil Action No.: 5:21-cv-00574-gls-atb

Dear Judge Baxter:

    I received a copy of Attorney Bosman's request of earlier today for more time to submit a proposed revised discovery schedule until Monday, January 23, 20023. I have no objection to the request.

    As always, the Court's attention to this matter is greatly appreciated.

                        Very Respectfully,

                        Steven W. Williams

SWW/jvp

Cc:    All ECF Recipients

{S1763585.1}

Smith Sovik Kendrick & Sugnet P.C.
www.smithsovik.com