# Bosman Law, L.L.C

3000 McConnellsville Road
Blossvale, New York 13308

A.J. Bosman, Esq.                                                                 Telephone: (315) 820-4417
Robert J. Strum, Esq.                                                            Facsimile:   (315) 820-4449(*)
T. Padric Moore, Esq., of Counsel                          (*) Service by facsimile or email not accepted

September 29, 2023

**VIA CM/ECF**
Hon. Andrew T. Baxter
Chief U.S. Magistrate Judge
James M. Hanley Federal Building and U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

       **RE:**    **Palmer v. Town of Manlius, et al.**
               **Case No. 5:21-cv-574-GLS-ATB**

Dear Judge Baxter:

      As you are aware, this firm represents Plaintiff Angela Palmer in the above-referenced matter.

      The purpose of this letter is to request a further extension of the discovery deadline.

      Since our last communication with the Court, Plaintiff has served responses to the remaining sets of interrogatories propounded by Defendants. Additionally, Defendants have responded to Plaintiffs' discovery demands, though objections to several demands remain to be resolved.

      We have conferred with Mr. Williams and he joins in this request for an extension.  The parties jointly request that the Court extend the discovery deadline to allow for review of Defendants' responses to Plaintiff's discovery demands and to schedule depositions.  Due to multiple trial and other engagements, we are unable to schedule depositions next month or in November.  Accordingly, we hereby request an extension of ninety (90) days to complete depositions in December.

      Thank you for your continued attention and consideration in this matter.  If the Court requires any further information at this time, please do not hesitate to contact me.

                                Respectfully,
                              Bosman Law, L.L.C.

                                  s/A.J. Bosman
                                A.J. Bosman, Esq.

cc: All ECF recipients