UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANGELA PALMER,

                              Plaintiff,

      vs.

TOWN OF MANLIUS, NEW YORK;
CHIEF OF POLICE MICHAEL
CROWELL; INVESTIGATOR JAMES
GALLUP; INVESTIGATOR DANIEL
FILIP; CAPTAIN JEFFREY SLATER;
CAPTAIN KEVIN SCHAFER; OFFICER
SHAWN GWILT; TOWN SUPERVISOR
EDMOND THEOBALD; SERGEANT
JOHN PAUL, and JOHN DOE(S) and
JANE DOE(S), in their individual and
official capacities as officials, officers,
agents, employees, and/or representatives
of the Town of Manlius and/or the Manlius
Police Department,

                          Defendants.

**STIPULATION OF
DISCONTINUANCE**

Civil Action No. 5:21-cv-00574
(GLS/ATB)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the
undersigned, the attorneys of record for all the parties to the above-entitled action
that whereas no party hereto is an infant or incompetent person for whom a
committee has been appointed and no person not a party has an interest in the subject
matter of this action, the above-entitled action be discontinued as against defendants
TOWN OF MANLIUS, NEW YORK; MICHAEL CROWELL; JAMES GALLUP;
DANIEL FILIP; JEFFREY SLATER; KEVIN SCHAFER; SHAWN GWILT;
EDMOND THEOBALD; JOHN PAUL, and JOHN DOE(S) and JANE DOE(S), in

{S1979048.1}

their individual and official capacities as officials, officers, agents, employees, and/or

representatives of the Town of Manlius and/or the Manlius Police Department, with

prejudice, without costs to either parties as against the others.  This stipulation may

be filed without further notice with the Clerk of the Court.

DATED:  January __26__, 2024

DATED: January _____, 2024

A.J. Bosman, Esq.
Bosman Law Firm, LLC
*Attorneys for Plaintiff*
3000 McConnellsville Road
Blossvale, New York 13308
Telephone: (315) 820-4417

Steven W. Williams, Esq.
SMITH SOVIK KENDRICK
& SUGNET, P.C.
*Attorneys for Defendants*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911

**IT IS SO ORDERED**
**March _____, 2024**

_____

**Hon. David N. Hurd**
**Senior United States District Judge**

{S1979048.1}