UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANGELA PALMER,

    Plaintiff,

vs.

TOWN OF MANLIUS, NEW YORK; CHIEF OF POLICE MICHAEL CROWELL; INVESTIGATOR JAMES GALLUP; INVESTIGATOR DANIEL FILIP; CAPTAIN JEFFREY SLATER; CAPTAIN KEVIN SCHAFER; OFFICER SHAWN GWILT; TOWN SUPERVISOR EDMOND THEOBALD; SERGEANT JOHN PAUL, and JOHN DOE(S) and JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the Town of Manlius and/or the Manlius Police Department,

    Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No. 5:21-cv-00574 (DNH/ATB)

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against defendants TOWN OF MANLIUS, NEW YORK; MICHAEL CROWELL; JAMES GALLUP; DANIEL FILIP; JEFFREY SLATER; KEVIN SCHAFER; SHAWN GWILT; EDMOND THEOBALD; JOHN PAUL, and JOHN DOE(S) and JANE DOE(S), in

{S1979048.1}

their individual and official capacities as officials, officers, agents, employees, and/or representatives of the Town of Manlius and/or the Manlius Police Department, with prejudice, without costs to either parties as against the others. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: January 26, 2024

DATED: January ____, 2024

A.J. Bosman, Esq.
Bosman Law Firm, LLC
*Attorneys for Plaintiff*
3000 McConnellsville Road
Blossvale, New York 13308
Telephone: (315) 820-4417

Steven W. Williams, Esq.
SMITH SOVIK KENDRICK
& SUGNET, P.C.
*Attorneys for Defendants*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911

**IT IS SO ORDERED**
**March  10,  , 2024**

David N. Hurd
U.S. District Judge

{S1979048.1}